IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SARAH DAVIS, ET. AL.                                                                                   PLAINTIFFS

V.                                                                                    CIVIL ACTION NO. 3:01cv127 WS

CITY FINANCE COMPANY,
ET. AL.                                                                                                    DEFENDANTS

AGREED ORDER OF DISMISSAL

THIS DAY, THIS CAUSE came on to be heard on the joint *ore tenus* motion of the parties to dismiss with prejudice the claims of all Plaintiffs in this action; and the Court, being fully advised that the claims of the Plaintiffs in this action have been resolved by the class action settlement in the case of *Baker, et. al. v. Washington Mutual Finance Group, LLC, et. al.*, in the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:04cv137G-R, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted in this action by all Plaintiffs shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

SO ORDERED, on this the 28th day of December, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE


APPROVED AND AGREED:
/s/ Charles E. Gibson, III
Counsel for Plaintiffs

/s/ Katharine M. Samson
Counsel for Defendant Washington Mutual
Finance Group, LLC

/s/ Randy L. Dean
Counsel for Defendants American Security
Insurance Company, Union Security Life
Insurance Company, American Bankers
Insurance Company of Florida


Civil Action No. 3:01-127 WS
Agreed Order of Dismissal